IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01924-MJW-BNB

ANTHONY HEINIG, and
JENNIFER HEINIG,

Plaintiffs,

v.

WAL-MART STORES, INC.,

Defendants.

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that Defendant's Unopposed Motion for Court Approval of Stipulated Protective Order (docket no. 18) is GRANTED. The written Protective Order (docket no. 18-2) is APPROVED as amended in paragraph 9 and made an Order of Court.

Date: January 8, 2009