IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  08-cv-01924-MJW-BNB

ANTHONY HEINIG, and
JENNIFER HEINIG,

Plaintiffs,

v.

WAL-MART STORES, INC.,

Defendants.

---

MINUTE ORDER

---

Entered by Magistrate Judge Michael J. Watanabe

 Due to a conflict on the court's calendar, it is hereby ORDERED that the Trial Preparation Conference previously set on January 29, 2010, at 1:30 p.m., is VACATED and RESET on **January 27, 2010, at 8:30 a.m.**, in Courtroom A-502, Fifth Floor, Alfred A. Arraj U.S. Courthouse,  901 19th Street, Denver, Colorado.

Date:  September 24, 2009